■ IRON MOUNTAIN INFORMATION MANAGEMENT, INC., Appellant, v ESTER DIANE PULLMAN, et al., Respondents. [836 NYS2d 891]—In an action for specific performance of a commercial lease providing options to renew and purchase, the plaintiff appeals, as limited by its brief, from so much of an order of the

Supreme Court, Dutchess County (Sproat, J.), dated September 8, 2006, as denied its motion for a preliminary injunction.

Ordered that the order is affirmed insofar as appealed from, with costs.

In order to obtain a preliminary injunction (*see* CPLR 6301), the moving party must demonstrate (1) a likelihood of success on the merits, (2) an irreparable injury absent the injunction; and (3) a balancing of the equities in its favor (*see Aetna Ins. Co. v Capasso*, 75 NY2d 860 [1990]; *Gerstner v Katz*, 38 AD3d 835 [2007]). Under the circumstances of this case, the issuance of a preliminary injunction was not warranted. Miller, J.P., Mastro, Dillon and McCarthy, JJ., concur.